## WEATHERS v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit.    January 19, 1924.)

No. 4221.

Criminal law ☞1090(1)—In absence of bill of exceptions, only ruling on demurrer to indictment considered.

Where the record contained no bill of exceptions, but attempted to set out a summary of the testimony, the errors assigned could not be considered on appeal, except the demurrer to the indictments.

In Error to the District Court of the United States for the Southern District of Florida; Rhydon McCall, Judge.

Proceeding by the United States against Dr. A. H. Weathers. Judgment for plaintiff, and defendant brings error. Affirmed.

Van C. Swearingen, of Jacksonville, Fla., for plaintiff in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Harry W. Reinstine, Asst. U. S. Atty., of Jacksonville, Fla. (Maynard Ramsey, of Jacksonville, Fla., on the brief), for the United States.

Before WALKER and BRYAN, Circuit Judges, and ERVIN, District Judge.

ERVIN, District Judge. In this case the record contains no bill of exceptions; in fact, it shows none was signed, but attempts to set out a summary of the testimony of each witness. Therefore we cannot consider any of the errors assigned, except the demurrer to the indictments. There seem to have been two indictments; each being the same, except as to the persons to whom it was alleged the morphine sulphate was distributed.

These indictments were consolidated, so there was only one trial, which resulted in a verdict of guilty on each indictment. We have examined the indictments, and the demurrer to them, and under the ruling in Jin Fuey Moy v. United States, 254 U. S. 189, 41 Sup. Ct. 98, 65 L. Ed. 214, we think the indictments were not subject to the demurrer.

Affirmed.